# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>*Plaintiff*,<br><br>-v-<br><br>JACK COSTANTINO, CHRISTIAN SMALL, SHERRIE RICHARDSON-MILLER, JORDAN REYES, JACKSON SPARKS, MATTHEW LUHM, RYAN BIDDLE, LAIKIESHA WILLIAMS, and TYLER BUCKLE.<br><br>*Defendants*. | Civil Case No.: 1:21-cv-02198 (JMF)<br>Hon. Jesse M. Furman<br><br>ECF Case<br>Electronically Filed<br><br>~~[PROPOSED]~~ **DEFAULT JUDGEMENT** |

This action having been commenced on March 12, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant JORDAN REYES, on April 15, 2021 by affixing a true copy of each to the door of said premises, which is recipient's dwelling within the state and by depositing a copy of the documents to the same address in a First Class postpaid properly addressed envelope marked 'Personal and Confidential' in an official depository under the exclusive care and custody of the United States Post Office in the State of United States Post Office in the State of Nevada, proof of service having been filed on May 12, 2021 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgement against Defendant in ~~the liquidated amount of $50,000 with interest at 3.14% from December 9, 2020 amounting to $50,785 plus costs and disbursements of this action in the amount of $3,610.80 amounting in all to $54,395.8.~~ an amount to be determined following an inquest.

IT IS FURTHER ORDERED, ADJUDGED: That the Defendant is enjoined immediately and permanently from selling, offering to sell, advertising or marketing products bearing Antetokounmpo's likeness, image, persona and name in connection with the manufacture, promotion, sale and/or offering for sale of any products. The Defendant shall immediately recall all of the products bearing Antetokounmpo's likeness, image, persona and name.

Dated: New York, New York
　　　　July 16, 2021

The Clerk of Court is directed to terminate ECF No. 79.

SO ORDERED.

_____
U.S.D.J
Hon. Jesse M. Furman