UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>     *Plaintiff*,<br><br>-v-<br><br>JACK COSTANTINO, CHRISTIAN SMALL, SHERRIE RICHARDSON-MILLER, JORDAN REYES, JACKSON SPARKS, MATTHEW LUHM, RYAN BIDDLE, LAIKIESHA WILLIAMS, and TYLER BUCKLE.<br><br>     *Defendants*. | Civil Case No.: 1:21-cv-02198 (JMF)<br>Hon. Jesse M. Furman<br><br>ECF Case<br>Electronically Filed<br><br>~~[PROPOSED]~~ **DEFAULT JUDGEMENT** |

This action having been commenced on March 12, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant SHERRIE RICHARDSON-MILLER, on March 23, 2021 by delivering a true copy of each to a person of suitable age and discretion at Defendant's place of residence and mailing the same to Defendant's place of residence, proof of service having been filed on March 30, 2021 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in ~~the liquidated amount of $50,000 with interest at 3.14% from December 9, 2020 amounting to $50,654.16 plus costs and disbursements of this action in the amount of $6,401.54 amounting in all to $57,055.70.~~ an amount to be determined following an inquest.

IT IS FURTHER ORDERED, ADJUDGED: That the Defendant is enjoined immediately and permanently from selling, offering to sell, advertising or marketing products bearing

1

Antetokounmpo's likeness, image, persona and name in connection with the manufacture, promotion, sale and/or offering for sale of any products. The Defendant shall immediately recall all of the products bearing Antetokounmpo's likeness, image, persona and name.

Dated: New York, New York
       July 16    , 2021

The Clerk of Court is directed to terminate ECF No. 66.

SO ORDERED.

_____
U.S.D.J.
Hon. Jesse M. Furman

~~This document was entered on the docket On_____.~~