UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
GIANNIS ANTETOKOUNMPO,                                :
:
                Plaintiff,                    :           21-CV-2198 (JMF)
:
   -v-                                                      :           ORDER ADOPTING
:           REPORT AND
JACK CONSTANTINO et al.,                               :           RECOMMENDATION
:
                Defendants.                :
:
------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      After granting default judgement as to Defendants Jordan Reyes and Sherrie Richardson-Miller, *see* ECF Nos. 91-92, this case was referred to Magistrate Judge James L. Cott for a damages inquest, *see* ECF No. 93.  In a Report and Recommendation filed on December 15, 2021, Magistrate Judge Cott recommended that Defendants be held liable for $11,304.40 in attorneys' fees and costs.  *See* ECF No. 103.

      In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).  A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997).  To accept those portions of the report to which no timely objection has been made, however, a district court need only satisfy itself that there is no clear error on the face of the record.  *See, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).  This clearly erroneous standard also applies when a party

makes only conclusory or general objections, or simply reiterates his original arguments.  *See, e.g.*, *Ortiz v. Barkley*, 558 F. Supp. 2d 444, 451 (S.D.N.Y. 2008).

In the present case, the Report and Recommendation advised the parties that they had fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object.  *See* ECF No. 103 at 31.  In addition, the Report and Recommendation expressly called Plaintiff's attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made.  Accordingly, Plaintiff has waived the right to object to the Report and Recommendation or to obtain appellate review.  *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517 F.3d 601 (2d Cir. 2008).

Despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law.  Accordingly, the Report and Recommendation is ADOPTED in its entirety.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated:  January 4, 2022
        New York, New York                         _____
                                                   JESSE M. FURMAN
                                                   United States District Judge